1. For much of the past seventeen years, I have supplemented and then started making the vast majority of my income through an online blog and then in 2018 a podcast. Throughout the entirety of this period, my identity has stayed anonymous. Once my minor children were born, this privacy became of even greater importance, because many of the topics I write about and discuss can be very divisive and controversial. I wanted to protect my wife and children.

2. In December 2022, I began an intimate relationship with the Respondent. We had previously worked on podcast collaborations together, but had never met. Because of my privacy concerns and the safety of my children, I did not tell the Respondent until after we met about my children. In early January 2023, during a visit to see the Respondent, I had to return home because of an event for one of my children.

3. In order to be able to do that, I was forced to lie to escape. The previous day she made it clear that my first responsibility was to her kids because they saw me as their father figure even though I had spent a total of two weeks getting to know them. Because I was their father figure, I needed to stay with them and not go back home to see my kids.

4. On January 15, 2023, in a series of texts, she made it clear she knew my home address which I had not given her, and followed it up with that I needed to call her now. She alleged she was pregnant. She was not and could not have been. She threatened to fly to my home and confront me in person. (Exhibit #1)

5. She also stated that if I didn't call her she was going to go public and expose my identity to the world. She also asked me to wish her good luck on her abortion. Again, she wasn't pregnant and couldn't have been.

6. From that date, she made it perfectly clear through texts and calls whenever she would not get her way that she was going to go public. I worried about the safety of my wife and kids but was unable to break free because .

7. On January 16, 2023, Respondent sent a text, acknowledging that I left her home because I felt unsafe around her and admitted that it was her fault. (Exhibit #2)

8. Respondent stated to my wife that I had sexually abused her daughter. This isn't true. She knew it to not be true and admitted it was not true but in her most recent texts implies that if I don't stop this legal effort, she will make that claim again. This is designed to generate an incredible amount of distress.

9. In late January 2023, she told me I needed to come back to see her and if I didn't, she implied that she was going to destroy me by sending skull emojis and telling me I had one chance to answer the phone or that I knew what was about to happen. (Exhibit #4)

10. I didn't want to see Respondent and tried to make it look like I was going to see her, but didn't. That incensed her and once again, she threatened me and suggested that the monthly money I was giving her was not enough to keep her quiet and once again texted my home address to amplify the point and I then increased the payment from $1100 per month to $1500 per month. (Exhibit #5)

11. She continued to send nearly daily threats until I would break down and either call her or text her. She also admitted to knowing I was only "staying" with her to keep her from exposing me.

12. Not only was I paying her a great deal of money each month in hopes of her being quiet, I also had to constantly supplement it with more money throughout the month and buy groceries for her. Whenever I would try and not call her or text her for a day or two, I would get texts that were explosive, violent and threatening. They always made sure to include the threat she would expose me to the public. (Exhibit #6)

13. Respondent sent a text to my wife which directly threatened the lives of my children. She also continued to threaten my wife and accused my wife of wanting to destroy me. (Exhibit #7)

14. Throughout the summer as I used excuse after excuse to not return to Florida to ever see Respondent again, she would continue to threaten me until I at least called her or texted her. When I didn't, the same cycle continued.

15. The Respondent would sometimes call as many as 30 times in a day and send hundreds of messages per day.

16. Respondent would also say she didn't want to have certain conversations through text because they would be there to be seen later. Much like the calls of October 2023 documented later, she liked the very rough conversations and threats to be made over the phone where no record existed.

17. It is very clear from texts throughout the later summer that Respondent was becoming more annoyed with not being able to see me and wanted me to respond to her all the time.

18. Throughout the early fall, things were becoming much more demanding and intense. More frequently, I was being asked to provide to the Respondent more and more money while being frequently yelled at and threatened with exposure if I didn't make us a couple and live together very soon.

19. On October 23, 2023, Respondent called me on the phone and spent over an hour yelling at me in front of her three very young minor children. She even involved them in the conversation and did so by stating I was a f**king liar and that I cared about my own

kids more than them and said because of my kids not wanting to talk to her kids, that I was making her kids feel bad and I owed her an apology and her kids an apology. By my estimation, she said f**k or some variation of it nearly 100 times during the call. I have never allowed my kids to talk to her or her children. She said I needed to force my kids to talk to her kids. That my children were interfering with us being together.

20. On Tuesday October 24, 2023, I began looking into getting a restraining order against Respondent.

21. On October 29, 2023, Respondent called me on the phone and once again, for nearly an hour repeated the same conversation we had previously on October 23, 2023. She once again swore at me in front of her children at about the same pace she did in her previous call on October 23.

22. On November 3, 2023, Respondent became aware I was set to take legal action against her. I cut off her monthly payments which were never below $1500 per month, and often exceeded $2000 per month. In one month, I had to pay nearly $3500. Everything she had been threatening since January 15, 2023 was about to happen. It was even worse than expected.

23. Since November 3, 2023 when Respondent was made aware of the legal action about to proceed, I have received over a dozen phone calls from Respondent (her number is blocked or it would be considerably more)  and approximately 150 text messages from Respondent. She has posted and removed and posted to various social media sites dozens and dozens of images of my personal information, my financial information, and information about my very young minor children. She posts and it removes it and posts it again to make them impossible to flag. She has posted at least two 45 minute podcast episodes exposing much of my personal information and discussing my family, including my very young minor children.

24. In her texts to me, she has threatened to dox me and to post things without my consent which she did today, November 8, 2023 by posting my photo and address publicly to her social media.

25. She has threatened to release revenge porn on multiple occasions by sending me photos of myself that she took of me and also things I had previously sent her. I am only attaching the one exhibit that is safe for work.(Exhibit #8)

26. She texted me a photo she thinks is my daughter's Roblox profile to let me know she has my daughter's information and can post it anywhere. It isn't. (Exhibit #9)

27. She threatened to call CPS. She attached a text where she changed my profile name to Lou Pearlman who was a child sex offender. This is just to harass me even more. (Exhibit #10)

28. On multiple occasions she has threatened to kill me, told me she was going to go "postal" on me and wanted me to die. She also stated she was going to make me hurt. She threatened the life of my wife and my kids. (Exhibit #11, 12, 13, 14)

29. Further, on November 4, 2023, Respondent began posting screenshots to her paid Patreon of personal conversations we had with each other from as far back as a year ago to as recently as last week. One of those postings discussed my very young minor children which put them in grave danger. (Exhibit #15).

30. On November 5, 2023, Respondent continued to threaten Petitioner by stating if he wanted to make his case and try to stop Respondent, he was going to have to expose himself which means if I want to keep my kids safe, I have to dox myself.

31. Further, beginning on November 5, 2023, Respondent got her partner to also join in and harass Petitioner.

32. From November 5, 2023 through November 8, 2023 there have been an additional 40-50 social media posts, more posts to her subscription based service, some of which reference my very young minor children and put them in danger. In addition she has posted an equal number of things to her public social media.

33. As a result, I had to install a monitored home alarm service. Everyone in the family is on edge because of the threats she has made. I have received dozens of messages from strangers who have seen her posts and fear any of them may show up at my home. She continues to share my private information and financial information and discuss my children. She continues to threaten me with revenge porn. At some point, getting money each month wasn't enough for Respondent, and now myself and my family are constantly scared and afraid that someone is going to show up at our home because of Respondent.



EXHIBIT #1



EXHIBIT #2



EXHIBIT #3



EXHIBIT #4



EXHIBIT #5



EXHIBIT #6



EXHIBIT #7



EXHIBIT #8



EXHIBIT #9



EXHIBIT #10



EXHIBIT #11



EXHIBIT #12



EXHIBIT #13



EXHIBIT #16